**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**DIVISON**

| IN THE MATTER OF: | CASE NO. 19-00252 |
|---|---|
| Kevin and Loretta Bonham, | MOTION TO MODIFY PLAN POST-CONFIRMATION |
| Debtors. | |

COME NOW the above-named Debtors, Kevin and Loretta Bonham, and for their Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtors to make payments as follows:

    b. $284 per month for 15 month;

    c. $321 per month for 13 months;

    d. $450 per month for 12 months;

    e. $688 per month for 9 months;

    f. $844 per month for 11 months.

2. The confirmed plan currently on file calls for the Debtors to turn over to the Trustee for administration any realized tax refunds during the term of the chapter 13 plan.

3. Due to the current situations surrounding COVID-19 and the Debtors' financial situation, the Debtors propose modifying the confirmed plan on file to retain the full amount of their 2019 Federal and State Tax Returns.

4. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtors pray the Court approve their proposed Modified Chapter 13 Plan.

 */s/ Samuel Z. Marks*
Samuel Z. Marks
Marks Law Firm, P.C.
4225 University Ave.
Des Moines, IA 50311
(515) 276-7211
Fax:(515) 276-6280
Office@markslawdm.com
ATTORNEY FOR THE DEBTORS

# CERTIFICATE OF SERVICE

I hereby certify that on <u>April 6, 2020</u>, a copy of <u>**Motion to Modify Plan Post-Confirmation**</u> was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Amsher Collection Services Inc**
**Capital One**
**CC Holdings**
**Central Credit Services LLC**
**Charles Gabus Inc**
**Citi**
**Comenity Bank/Pier 1**
**Comenity Bank/younkers**
**Credit Collections Services**
**Credit One Bank**
**Dr Roe**
**First Nataional Bank/Legacy**
**First Premier Bank**
**General Service Burea Inc**
**Goodwin Law Office**
**Hauge Asscoiates Inc**
**Kohls/Capital One**
**Kohls/Capital One**
**LVNV Funding/Resurgent Capital**
**LVNV Funding/Resurgent Capital**
**Medical Center Anesthesiologists**
**Mercy Clinics**
**Mercy Medical Center**
**Mercy Medical Center**
**Merrick Bank**
**Midland Funding**
**MM Finance**
**no name on CR Liability**
**Pathology Assoc of Iowa**
**PC Stogage**
**Portfolio Recovery**
**Roberts True Value**
**Sam Battaglia**
**Transworld Systems**
**Unity Point  Health**
**Univ Ia Cu**
**Veridian Credit Union**
**Verve**
**Walker Billingsley & Bair**
**Williams and Sonoma/Comenity**

**/s/ Sam Marks**
**Sam Marks**
**Marks Law Firm**
**4225 University Ave**
**Des Moines, IA 50311**
**515-276-7211**